# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF VIRGINIA

COMMONWEALTH OF VIRGINIA BUILDING

210 CHURCH AVENUE, S.W., ROOM 209

ROANOKE, VIRGINIA 24011

CHAMBERS OF
PAUL M. BLACK
JUDGE

TELEPHONE
(540) 857-2394
FAX
(540) 857-2095

September 18, 2019

<u>Via E-Mail and Regular Mail</u>

M. Shaun Lundy, Esq.
Penn, Stuart & Eskridge, P.C.
P.O. Box 2009
Bristol, VA 24203

    Re:    Cobalt Coal, LLC, Bankruptcy Case No. 19-70149

Dear Mr. Lundy:

    You represent Mountain Land Services, Tommy Bright, Ken Stanley and James Sykes in the above-referenced matter. It has been contended in this case that Mr. Stanley has an employment agreement which, if not assumed, would be seriously detrimental to the Debtor's ability to continue doing business. At the same time, you represent several overriding royalty interest holders in this case who have substantial economic interests that may be adversely affected if the Stanley agreement is not assumed, presumably to Mr. Stanley's satisfaction. Please explain to the Court and the other parties copied on this letter prior to the hearing on October 4 how you and your firm can represent these parties who appear to have conflicting interests.

Sincerely,

Paul M. Black

PMB/ebc

cc:    Scot S. Farthing, Esq.
       Brandy M. Rapp, Esq.
       B. Webb King, Esq.