UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| IN RE: | COBALT COAL, LLC | ) | CASE NO. 19-70149 |
| | Debtor. | ) | |
| | | ) | Chapter 11 |
| Address: | PO Box 3434 | ) | |
| | Wise VA 24293 | ) | |
| EIN No.: | 46-0906372 | ) | |

### NOTICE OF OBJECTION TO CLAIM

Cobalt Coal, LLC, the Debtor, has filed an objection to your claim (Proof of Claim No. 10) in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** **You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before thirty (30) days from the date of this objection, or by October 30, 2019, you or your lawyer must:

File with the court a written response to the objection, explaining your position, at: United States Bankruptcy Court, 210 Church Avenue, Room 200, Roanoke, VA 24011.

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

You must also send a copy to:

Scot S. Farthing, PO Box 1315, Wytheville, VA 24382, Debtor's attorney.

**Attend the hearing on the objection scheduled to be held on November 7, 2019, at 10:30 a.m. in the United States Court House & Federal Building, 180 West Main Street, Abingdon, Virginia.**

If you, or your attorney, do not take these steps the court may decide that you do not oppose the objection to your claim.

| | | |
|---|---|---|
| Date: September 30, 2019 | Signature: | /s/ Scot S. Farthing |
| | Name: | Scot S. Farthing |
| | Address: | PO Box 1315, Wytheville, VA 24382 |

## OBJECTION TO PROOF OF CLAIM NO. 3

The undersigned movant objects to the following claim for the reasons stated:

| Claim No. | Name and address of Claimant | Amount |
|---|---|---|
| 10 | Big D Enterprises Inc.<br>c/o Darrell Stanley<br>195 Marigold Lane<br>Coeburn VA 24230 | $115,000.00 |

**OBJECTION:**

Cobalt Coal LLC asserts the amount claimed by Big D Enterprises Inc., is not owed by Cobalt Coal LLC. Cobalt Coal LLC disputes these amounts were made for Cobalt Coal LLC; the debt owed to this creditor may be owed by a related entity, i.e. Mill Creek Mining, Inc. Cobalt Coal LLC objects to the amount claimed because it is beyond the statute of limitations to make such a claim. Additionally, the supporting documentation filed with Proof of Claim No. 10, is not sufficient to determine whether the amount claimed is owed by Cobalt Coal LLC.

/s/ Scot S. Farthing
Scot S. Farthing (VSB 44045)
Scot S. Farthing, Attorney at Law PC
PO Box 1315
Wytheville, VA 24382
(276) 625-0222
scotfarthing@hotmail.com
Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that true copies of this Objection to Proof of Claim, along with the Notice of Objection to Claim were on this date mailed via first class mail to the following: Darrell Stanley, Registered Agent for Big D Enterprises, Inc., 195 Marigold Lane, Coeburn, VA 24230.

/s/ Scot S. Farthing
Scot S. Farthing