UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| IN RE: | COBALT COAL, LLC | ) | CASE NO. 19-70149 |
| | Debtor. | ) | |
| | | ) | Chapter 11 |
| Address: | PO Box 3434 | ) | |
| | Wise VA 24293 | ) | |
| EIN No.: | 46-0906372 | ) | |

## NOTICE OF OBJECTION TO CLAIM

Cobalt Coal, LLC, the Debtor, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then on or before thirty (30) days from the date of this objection, or by October 30, 2019, you or your lawyer must:

File with the court a written response to the objection, explaining your position, at: United States Bankruptcy Court, 210 Church Avenue, Room 200, Roanoke, VA 24011.

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

You must also send a copy to:

Scot S. Farthing, PO Box 1315, Wytheville, VA 24382, Debtor's attorney.

**Attend the hearing on the objection scheduled to be held on November 7, 2019, at 10:30 a.m. in the United States Court House & Federal Building, 180 West Main Street, Abingdon, Virginia.**

If you, or your attorney, do not take these steps the court may decide that you do not oppose the objection to your claim.

| | | |
|---|---|---|
| Date:  September 30, 2019 | Signature: | /s/ Scot S. Farthing |
| | Name: | Scot S. Farthing |
| | Address: | PO Box 1315, Wytheville, VA 24382 |

## OBJECTION TO PROOF OF CLAIM NO. 3

The undersigned movant objects to the following claim for the reasons stated:

| Claim No. | Name and address of Claimant | Amount |
|---|---|---|
| 3 | Vue Carbon Limited (dba GEM Holdings Ltd)<br>c/o David Winduss, Director<br>3 Wharfe Mews, Cliffe Terrace, Wetherby<br>West Yorkshire, UK LS22 6LX | $1,088,071.00 |

**OBJECTION:**

All amounts Cobalt Coal LLC owed to this creditor, if any, were resolved pursuant to a restructuring agreement completed in January 2019 between Tailwind Capital Partners Inc, G.E.M. Holdings US Corporation and G.E.M. Holdings Ltd. Cobalt Coal LLC disputes that any loans or advances were made for operating to Cobalt Coal LLC; such loans, if any, may have been made to a related entity, i.e. Mill Creek Mining. Additionally, no supporting documentation was filed with Proof of Claim No. 3 to show the nature and/or evidence of the amount claimed.

/s/ Scot S. Farthing
Scot S. Farthing (VSB 44045)
Scot S. Farthing, Attorney at Law PC
PO Box 1315
Wytheville, VA 24382
(276) 625-0222
scotfarthing@hotmail.com
Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that true copies of this Objection to Proof of Claim, along with the Notice of Objection to Claim were on this date mailed via first class mail to the following: Richard C. Maxwell, Woods Rogers PLC, PO Box 14125, Roanoke VA 24038, and David Winduss, Director of Vue Carbon Limited, 3 Wharfe Mews, Cliffe Terrace, Wetherby, West Yorkshire, UK LS22 6LX.

/s/ Scot S. Farthing
Scot S. Farthing