

**SIGNED THIS 5th day of November, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| COBALT COAL, LLC. ) | |
| ) | Case No. 19-70149 |
| Debtor ) | |

## ORDER CONTINUING HEARING

Upon the Motion to Continue Hearing filed by Vue Carbon Limited f/k/a GEM Holdings Limited and the Debtor; and it

APPEARING that counsel for Debtor and counsel for Vue Carbon Limited f/k/a GEM Holdings Limited are in agreement to continue the hearing on the Objection to Claim currently set for November 7, 2019 at 10:30 a.m. Accordingly it is hereby

ORDERED that the hearing on the Debtor's Objection to Claim No. 3 is continued to **January 9, 2020 at 10:30 a.m**. in the United States Bankruptcy Court for the Western District of Virginia, Abingdon Division, U.S. Courthouse, 180 W. Main Street, Abingdon, VA 24210, for a pre-trial conference.

**END OF ORDER**

*{2657046-1, 120539-00001-01}*

*I ask for this:*

/s/  Richard C. Maxwell
Richard C. Maxwell, Esq. (VSB #23554)
Justin E. Simmons, Esq. (VSB #77319)
Woods Rogers PLC
P.O. Box 14125
Roanoke, VA 24038-4125
Telephone: 540-983-7600
Facsimile: 540-983-7711
rmaxwell@woodsrogers.com
jsimmons@woodsrogers.com
   *Counsel for Vue Carbon Limited*


*Seen and agreed:*


/s/ Scot S. Farthing *by authority Richard C. Maxwell*
Scot S. Farthing, Esq.
P. O. Box 1315
Wytheville, VA  24382
   *Counsel for Debtor*