

**SIGNED THIS 5th day of November, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| IN RE: COBALT COAL, LLC | ) | CASE NO. 19-70149 |
| Debtor. | ) | |
| | ) | Chapter 11 |
| | ) | |

### ORDER DISALLOWING PROOF OF CLAIM NUMBER 10

On this day came the debtor, Cobalt Coal, LLC, by counsel, upon its objection [Docket Entry No. 55] to Claim No. 10 filed by Big D Enterprises, Inc. It appearing to the Court that the claimant has not filed a response to the debtor's objection, and further that the claim filed by the claimant should not be allowed and the debtor's objection should be sustained, it is hereby ORDERED that Claim No. 10 filed by Big D Enterprises, Inc. is hereby DISALLOWED.

The Clerk is directed to forward a copy of this order to counsel for the debtor, who shall transmit a copy of same to the debtor and to Big D Enterprises, Inc. at the address shown on its Proof of Claim.

**END OF ORDER**

Requested:

/s/ Scot S. Farthing
Scot S. Farthing (VSB 44045)
Scot S. Farthing, Attorney at Law PC
PO Box 1315
Wytheville, VA 24382
(276) 625-0222
scotfarthing@hotmail.com
Counsel for Debtor