# U.S. Trustee Basic Monthly Operating Report

Case Name: Cobalt Coal LLC         Date Filed: November 15/19
Case Number 19-70149     SIC Code: 122

Month (or portion) covered by this report: October 2019

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

*/s/ Robert Gillies*

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

November 15, 2019
DATE REPORT SIGNED

_Robert Gillies – Accountant

PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

| QUESTIONNAIRE: | | YES | NO |
|---|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | | ☒ | ☐ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ☐ | ☒ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ☐ | ☒ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | ☒ | ☐ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | | ☐ | ☒ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | N/A | ☐ | ☐ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | N/A | ☐ | ☐ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | | ☒ | ☐ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ☐ | ☒ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ☒ | ☐ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | ☐ | ☒ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | ☐ | ☒ |

1

|  | Yes | No |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | (G) | G |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | G | (G) |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | (G) | G |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | (G) | G |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    G    (G)

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

TOTAL INCOME    $ nil

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

TOTAL EXPENSES    $(38,887.29)

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)    nil

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)    $(38,887)

(Subtract The Total from Exhibit C from the Total of Exhibit B)

CASH PROFIT FOR THE MONTH    $(38,887)

2

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

|  |  |
|---|---|
| **TOTAL PAYABLES** | **$312,438** |

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

|  |  |
|---|---|
| **TOTAL RECEIVABLES** | __$nil__ |

*(EXHIBIT E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | nil |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | nil |

## PROFESSIONAL FEES

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | $17,696.20 |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | $17,696.20 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | $10,610 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | $36,378 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY DURING THIS REPORTING PERIOD? | $10,610 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY SINCE THE FILING OF THE CASE? | $36,378 |

PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

**We do not have any projections because we do not know what we are mining yet, or how much income it will produce, which is zero if lease is not assumed or if Steinman somehow terminates it.**

PROJECTED INCOME FOR THE MONTH: _____

ACTUAL INCOME FOR THE MONTH (EXHIBIT B): _____

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: _____


PROJECTED EXPENSES FOR THE MONTH: _____

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): _____

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: _____


PROJECTED CASH PROFIT FOR THE MONTH: _____

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) _____

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: _____


**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

**Highlands Union Bank** <u>General Ledger</u> **Cobalt Coal LLC - DEBTOR IN POSSESSION Account ▓▓▓3457**

| Date | Check | Payee | Purpose | Schedule C Amount | Balance | R |
|---|---|---|---|---|---|---|
| 10/1/2019 | DEP | | from Clinchco Acquistion Corporation ("CAC") | $ 2,390.02 | $ 8,939.16 | |
| 10/1/2019 | | Highlands Union Bank | incoming wire fee | $ (20.00) | $ 8,919.16 | a |
| 10/4/2019 | 140 | Mike Crowder | Reimbursement for Payments made using Credit Card to the following: | $ (3,107.05) | $ 5,812.11 | a |
| | | | 9/20/2019, USPS, Certified Mail for Tax Payment to Steinman, $4.05 | | | |
| | | | 10/2/2019, USI Insurance Services, Liability Insurance, $2,403 | | | |
| | | | 10/4/2019, Environmental Monitoring Inc (Ken Energy and KMH permits), $700 | | | |
| 10/21/2019 | DEP | | from DAC Financial Group (1997) Inc. | $ 1,400.00 | $ 7,212.11 | |
| 10/21/2019 | | Highlands Union Bank | incoming wire fee | $ (25.00) | $ 7,187.11 | a |
| 10/22/2019 | DEP | | from Clinchco Acquistion Corporation ("CAC") | $ 28,090.00 | $ 35,277.11 | |
| 10/22/2019 | | Highlands Union Bank | incoming wire fee | $ (20.00) | $ 35,257.11 | a |
| 10/22/2019 | 141 | Steinman Development Company | Royalty Payment (monthly-recoupable) | $ (25,000.00) | $ 10,257.11 | a |
| 10/22/1933 | 142 | Mike Crowder | Reimbursement for Payments made using Credit Card to the following: | $ (2,348.32) | $ 7,908.79 | a |
| | | | 10/21/2019, USI Insurance Services, Liability Insurance, $2,244.27 | | | |
| | | | 10/22/2019, USPS, Certified Mail for Tax Payment to Steinman, $4.05 | | | |
| 10/25/2019 | 143 | United States Trustee | Operating report FEE for 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 | $ (1,301.92) | $ 6,606.87 | a |
| 11/8/2019 | 144 | Mike Crowder | Reimbursement for Payments made using Credit Card to the following: | $ (3,190.00) | $ 3,416.87 | |
| | | | 10/9/2019, VaDMME Civil Penalty (failed to take 2018 Benthic Survey) Fine $550 | | | |
| | | | 11/8/2019, Environmental Monitoring Inc (BENTHIC TESTING Ken Energy and KMH permits), $2.640 | | | |
| 11/8/2019 | 145 | Artemis Consulting Services, LLC | Benthic Testing - Annual Environmental Tests | $ (3,376.00) | $ 40.87 | |

| | | |
|---|---|---|
| Balance per bank | | $ 33,017.12 |
| o/s cheque # 141 | | $ (25,000.00) |
| o/s cheque #108 | | ($108.33) |
| o/s cheque # 143 | | $ (1,301.92) |
| Balance per books | | $ 6,606.87 |
| | | |
| Disbursements in the month from DIP account | a | $ (31,822.29) |
| Disbursement from Scot Farthing's trust account for his fees | | (7,065) |
| Total disburesements in October | | $ (38,887.29) |

Cobalt Coal LLC
Accounts payable and accruals    Exhibit D
As at October 31, 2019

| | | |
|---|---|---|
| Scot Farling - Invoice to August 31/19 | | $10,631 |
| Accrual for legal fees - Scot Farling | September | $7,344 |
| Accrual for legal fees - Scot Farling | October | $10,610 |
| Overriding royalties | Feb -Oct. | $189,000 |
| Maxim Engineering, Inc. | May | $10,894 |
| Maxim Engineering, Inc. | June | $1,787 |
| Maxim Engineering, Inc. | July | $3,098 |
| Maxim Engineering, Inc. | September | $14,454 |
| Maxim Engineering, Inc. | October | $4,425 |
| Enviromental Monitorong Inc. | October | $3,340 |
| Ken Stanley | April-Oct | $49,000 |
| Ken Stanley - travel expenses | | $5,452 |
| USI Insurance | | $2,403 |
| VDMME | October | $550 |
| | | **$312,438** |

```
                                    000 00009 11                    PAGE:      1
                                    ACCOUNT:        ███████3457     10/31/2019




            COBALT COAL LLC
            DEBTOR IN POSSESSION #19-70149                              30
            1042 MUDDY CREEK RD                                          0
            PINEY FLATS TN   37686-3038                                  2
```

===============================================================================
FOR QUESTIONS CALL (276)628-9463 OR (276)669-6521 OR (800)291-6465
===============================================================================
                    BUSINESS ACCOUNT ██████3457
===============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ................................. | | | 09/30/19 | 6,657.47 |
| WIRE FROM JOHNNY RAY THOMAS | | 2,390.02 | 10/01/19 | 9,047.49 |
| INCOMING WIRE FEE | 20.00 | | 10/01/19 | 9,027.49 |
| CHECK # 140 | 3,107.05 | | 10/09/19 | 5,920.44 |
| WIRE FROM DAC FINANCIAL GROUP INC | | 1,400.00 | 10/21/19 | 7,320.44 |
| INCOMING WIRE FEE | 25.00 | | 10/21/19 | 7,295.44 |
| WIRE FROM HELEN HAZER THOMAS | | 28,090.00 | 10/22/19 | 35,385.44 |
| INCOMING WIRE FEE | 20.00 | | 10/22/19 | 35,365.44 |
| CHECK # 142 | 2,348.32 | | 10/22/19 | 33,017.12 |
| BALANCE THIS STATEMENT ................................. | | | 10/31/19 | 33,017.12 |

```
TOTAL CREDITS      (3)    31,880.02
TOTAL DEBITS       (5)     5,520.37
```

===============================================================================
                    YOUR CHECKS SEQUENCED
===============================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

10/09      140*   3,107.05 10/22      142    2,348.32

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
                    * * *  C O N T I N U E D  * * *

CASE NAME:       **Cobalt Coal LLC**                       Form 9-DS   Rev. 2/96
CASE NUMBER:     **19-70149**

**DISBURSEMENTS SUMMARY**                                  MONTH: October 2019

| | | | |
|---|---|---|---|
| Total Disbursements from Operating Account | (Note 1) | $ | 31,822.00 |
| Total Disbursements from Payroll Account | (Note 2) | | nil |
| Total Disbursements from Tax Escrow Account | (Note 3) | | nil |
| Total Disbursements from any other Account | (Note 4) | | $7,065 |
| Grand Total, all Disbursements | | $ | 38,887.00 |

**Note 1 --**  Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account. Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2 --**  Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account. Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3 --**  Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account. Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 4 --**  Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, and amounts paid from the accounts of others on the debtor's behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property).

Payment made from lawyer's trust account for legal fees