## U.S. Trustee Basic Monthly Operating Report

Case Name: Cobalt Coal LLC          Date Filed: December 15/19
Case Number 19-70149      SIC Code: 122

Month (or portion) covered by this report: November 2019

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

*[signature]*

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

December 15, 2019
DATE REPORT SIGNED

_Robert Gillies – Accountant

**PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR**

**The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.**

| QUESTIONNAIRE: | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☒ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? N/A → | ☐ | ☐ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? N/A → | ☐ | ☐ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☒ | ☐ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |

1

|  | Yes | No |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | (G) | G |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | G | (G) |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | (G) | G |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | (G) | G |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   G   (G)

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME** $ nil

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register. ]

**TOTAL EXPENSES** $(31,258.32)

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)   nil

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)   $(31,258)

(Subtract The Total from Exhibit C from the Total of Exhibit B)
**CASH PROFIT FOR THE MONTH** $(31,258)

2

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** $347,151

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** $nil

*(EXHIBIT E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | nil |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | nil |

## PROFESSIONAL FEES

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | $0 |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | $17,696.20 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | $3,075 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | $39,453 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? | $3,075 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? | $39,453 |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

**We do not have any projections because we do not know what we are mining yet, or how much income it will produce, which is zero if lease is not assumed or if Steinman somehow terminates it.**

PROJECTED INCOME FOR THE MONTH: \_\_\_\_\_

ACTUAL INCOME FOR THE MONTH (EXHIBIT B): \_\_\_\_\_

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: \_\_\_\_\_


PROJECTED EXPENSES FOR THE MONTH: \_\_\_\_\_

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): \_\_\_\_\_

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: \_\_\_\_\_


PROJECTED CASH PROFIT FOR THE MONTH: \_\_\_\_\_

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) \_\_\_\_\_

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: \_\_\_\_\_


**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

4

**Highlands Union Bank** <u>General Ledger</u> **Cobalt Coal LLC - DEBTOR IN POSSESSION Account ▇▇▇3457**     Sch C

| Date | Check | Payee | Purpose | Amount | Balance |
|---|---|---|---|---|---|
| 2019-11-08 | 144 | Mike Crowder | Reimbursement for Payments made using Credit Card to the following: | $ (3,190.00) | $ 3,416.87 |
| | | | 10/9/2019, VaDMME Civil Penalty (failed to take 2018 Benthic Survey) Fine $550 | | |
| | | | 11/8/2019, Environmental Monitoring Inc (BENTHIC TESTING Ken Energy and KMH permits), $2.640 | | |
| 2019-11-20 | DEP | | from Clinchco Acquistion Corporation ("CAC") | $ 28,044.00 | $ 31,460.87 |
| 2019-11-20 | | Highlands Union Bank | incoming wire fee | $ (20.00) | $ 31,440.87 |
| 2019-11-20 | 145 | Steinman Development Company | Royalty Payment (monthly-recoupable) | $ (25,000.00) | $ 6,440.87 |
| 2019-11-21 | 146 | Mike Crowder | Reimbursement for Payments made using Credit Card to the following: | $ (3,048.32) | $ 3,392.55 |
| | | | 11/20/2019, USI Insurance Services, Liability Insurance, $2,344.27 | | |
| | | | 11/20/2019, Environmental Monitoring Inc (Ken Energy and KMH permits), $700 | | |
| | | | 11/21/2019, USPS, Certified Mail for Monthly Royalty Payment to Steinman, $4.05 | | |

|  |  |
|---|---|
| Balance per bank | $ 3,500.88 |
| less: o/s cheque 108 | -$ 108.33 |
| Balance per above | $ 3,392.55 |
| | |
| Cash receipts | $ 28,044.00 |
| Cash disbursements | -$ 31,258.32 |
| | $ (3,214.32) |

Cobalt Coal LLC
Accounts payable and accruals                    Exhibit D
As at November 30, 2019

| Description | Period | Amount |
|---|---|---|
| Scot Farling - Invoice to August 31/19 | | $10,631 |
| Accrual for legal fees - Scot Farling | Sept-Nov | $28,822 |
| Overriding royalties | Feb -Oct. | $210,000 |
| Maxim Engineering, Inc. | May | $10,894 |
| Maxim Engineering, Inc. | June | $1,787 |
| Maxim Engineering, Inc. | July | $3,098 |
| Maxim Engineering, Inc. | September | $14,454 |
| Maxim Engineering, Inc. | November | $5,313 |
| Enviromental Monitoring Inc. | November | $700 |
| Ken Stanley | April-Oct | $56,000 |
| Ken Stanley - travel expenses | | $5,452 |
| Artemis Consulting Services LLC | November | $2,875 |
| Artemis Consulting Services LLC | November | $575 |
| Steinman - legal fees | November | $45,640 |
| Steinman - 2019 property taxes | November | $8,739 |
| | | $347,151 |

```
                                    000 00009 11                    PAGE:      1
                                    ACCOUNT:           3457         11/29/2019




        COBALT COAL LLC
        DEBTOR IN POSSESSION #19-70149                              30
        1042 MUDDY CREEK RD                                          0
        PINEY FLATS TN  37686-3038                                   5


========================================================================
    FOR QUESTIONS CALL (276)628-9463 OR (276)669-6521 OR (800)291-6465
========================================================================
                     BUSINESS ACCOUNT        3457
========================================================================
        DESCRIPTION            DEBITS       CREDITS    DATE     BALANCE

BALANCE LAST STATEMENT  ..................................  10/31/19   33,017.12
CHECK # 141                  25,000.00                      11/04/19    8,017.12
CHECK # 143                   1,301.92                      11/08/19    6,715.20
CHECK # 144                   3,190.00                      11/12/19    3,525.20
WIRE FROM HELEN HAZER THOMAS              28,044.00         11/20/19   31,569.20
INCOMING WIRE FEE                20.00                      11/20/19   31,549.20
CHECK # 146                   3,048.32                      11/25/19   28,500.88
CHECK # 145                  25,000.00                      11/27/19    3,500.88
BALANCE THIS STATEMENT  ..................................  11/29/19    3,500.88

TOTAL CREDITS      (1)       28,044.00
TOTAL DEBITS       (6)       57,560.24

========================================================================
                         YOUR CHECKS SEQUENCED
========================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

11/04    141*  25,000.00  11/12    144   3,190.00  11/25   146   3,048.32
11/08    143    1,301.92  11/27    145  25,000.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
                    *  *  *  C O N T I N U E D  *  *  *
```

```
                                    000 00009 11           PAGE:     2
                                    ACCOUNT:         3457  11/29/2019
```

COBALT COAL LLC

========================================================================
                    BUSINESS ACCOUNT      3457
========================================================================

           - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
***********************************************************************
*                          |   TOTAL FOR     |     TOTAL             *
*                          |   THIS PERIOD   |   YEAR TO DATE        *
*--------------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:    |       $.00      |       $.00            *
*--------------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:|       $.00      |       $.00            *
***********************************************************************
```

                            - END OF STATEMENT -

COBALT COAL LLC 101003457 Page 3



141   $25,000.00   11/4/2019



143   $1,301.92   11/8/2019



144   $3,190.00   11/12/2019



145   $25,000.00   11/27/2019



146   $3,048.32   11/25/2019